■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK AMBROSE, Appellant. [707 NYS2d 921] —Judgment unanimously affirmed. Memorandum: Contrary to defendant's contention, the record supports County Court's determination

in this bench trial that the complainant's deposition was inadvertently lost and that, despite efforts to locate the deposition, it was not available for use at trial (*see, People v Walker,* 258 AD2d 964, *lv denied* 93 NY2d 981). The court's decision to sanction the People therefor by drawing an adverse inference with respect to complainant's trial testimony was a proper exercise of the court's discretion (*see generally, People v Banch,* 80 NY2d 610, 616; *People v Martinez,* 71 NY2d 937, 940). (Appeal from Judgment of Monroe County Court, Smith, J.— Sexual Abuse, 1st Degree.) Present—Pine, J. P., Hayes, Scudder and Kehoe, JJ.